KIMBERLY ANNE TAUNTON
14211 S COUNTRY HILLS DR
GULFPORT, MS 39503

COMENITY
ATTN: BANKRUPTCY
PO BOX 182273
COLUMBUS, OH 43218

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

COMENITY BANK
ATTN: BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS, OH 43218

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

AFFIRM
443 IRVING DR
BURBANK, CA 91504

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

AFTERPAY
222 KEARNY ST #600
SAN FRANCISCO, CA 94103

CONTINENTAL FINANCE CO
ATTN: BANKRUPTCY
PO.BOX 3220
BUFFALO, NY 12420

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

ASPIRE CREDIT CARD
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

BARBARA SHARLOW
THOMAS SHARLOW
2 BANEBERRY CV
GULFPORT, MS 39503-2473

FIRST SOURCE ADVANTAGE
205 BRYANT WOODS
BUFFALO, NY 14226

NAVY FCU
PO BOX 3700
MERRIFIELD, VA 22119

BMW FINANCIAL SERVICES
PO BOX 3608
DUBLIN, OH 43016

FREEDOM MORTGAGE
ATTN: BANKRUPTCY
951 YAMATO RD STE 175
BOCA RATON, FL 33431

NAVY FCU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

NAVY FCU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22199

CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

GARDEN PARK HOSPITAL
15200 COMMUNITY RD
GULFPORT, MS 39503

SINGING RIVER HEALTH
2101 US-90
GAUTIER, MS 39553

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
PO BOX 965065
ORLANDO, FL 32896

TBOM
906 N. KINGSHIGHWAY
PERRYVILLE, MO 63775


UPGRADE, INC.
ATTN: BANKRUPTCY
275 BATTERY ST
SAN FRANCISCO, CA 94111

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001