**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**(GULFPORT-6 DIVISIONAL OFFICE)**

| | |
|---|---|
| **IN RE:**<br><br>**KIMBERLY ANNE TAUNTON FKA KIMBERLY ANNE SHARLOW FKA KIMBERLY ANNE MORAN;**<br><br>**Debtor.** | **CHAPTER 13**<br>**CASE NO. 26-51294-KMS** |

**NOTICE OF APPEARANCE**

Comes now the undersigned, and Notices her appearance as attorney of record for Freedom Mortgage Corporation in the above referenced matter.

/s/ Kim Putnam
Kimberly D. Putnam, MS Bar No. 102418
1107 Highland Colony Pkwy, Suite 207
Ridgeland, MS 39157
kimberlyp@hwmlawfirm.com
801-355-2886

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on September 8, 2026, to wit:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

Warren A. Cuntz Jr.
Chapter 13 Trustee
PO Box 3749
Gulfport, MS 39505-3749

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

Kimberly Anne Taunton
14211 S Country Hills Dr
Gulfport, MS 39503

/s/ Kim Putnam
Kimberly D. Putnam