**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kimberly Anne Taunton, Debtor** **Case No. 26-51294-KMS**
**CHAPTER 13**

## MOTION TO LIFT THE AUTOMATIC STAY WITH LIMITATION

COMES NOW, Debtor, by and through counsel, and moves this Court to Lift the Automatic Stay with limitation, and would show the Court as follows:

I.

Debtor commenced this case on 08/10/2026 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

II.

Debtor has hired Casey Varnado with Varnado Law Firm to file a Joint Complaint for Divorce on the grounds of Irreconcilable Differences in the Chancery Court for the First Judicial District of Harrison County, Mississippi ("Chancery Court").

III.

Debtor requests that the Automatic Stay be modified for cause to allow an action to proceed in the Chancery Court with respect to (1) the dissolution of marriage, (2) the right to alimony, maintenance and/or support from property that is not property of the bankruptcy estate, and (3) determination of and equitable division of marital property.

IV.

Debtor requests that the automatic stay shall remain in full force and effect and that the Bankruptcy Court should retain exclusive jurisdiction with respect to (1) enforcement of a judgment from the Chancery Court to the extent it affects property of the bankruptcy estate, and (2) approval and entry of and consensual property settlement agreement.

WHEREFORE, Debtor prays that the Automatic Stay be modified to the extent described above and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Lift the Automatic Stay was forwarded on September 22, 2026, to:

By First Class U.S. Mail, Postage Prepaid:

Kimberly Anne Taunton, Debtor
14211 S. Country Hills Dr.
Gulfport, MS 39503

Jason S. Taunton, Spouse
30 56th St.
Gulfport, MS 39503

Casey Varnado
Varnado Law Firm
12178 Hwy 49 Suite C
Gulfport, MS 39503

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.