**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISIONAL OFFICE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | **CASE NO.: 26-51294-KMS** |
| **KIMBERLY ANNE TAUNTON** | * | |
| **AKA: KIMBERLY ANNE SHARLOW** | * | |
| **AKA: KIMBERLY ANNE MORAN,** | * | |
| | * | |
| **Debtor.** | * | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

**Financial Services Vehicle Trust** (hereinafter "Movant") respectfully shows and represents unto this Court as follows:

1. The Debtor, **Kimberly Anne Taunton** (hereinafter "Debtor"), executed that lease agreement granting Movant an ownership interest in the following personal property:

**2025 BMW 4 Series Coupe 2D 430i 2.0L I4 Turbo Hybrid, VIN: WBA43DA09SCU15153**

2. A copy of said lease agreement is annexed hereto and made part hereof by reference.

3. The security interest of the Movant in the above described personal property was perfected by the issuance of the Certificate of Title, a copy of which is annexed hereto and made part hereof by reference. Copy of title are attached as Exhibits "B".

4. Warren A. Cuntz Jr. was appointed Acting Trustee of the estate of said Debtor, has qualified and is now acting as such Trustee.

5. Debtor has defaulted in payments post petition under the terms of the aforementioned Contract in the sum of $1,058.19, and the pre-petition arrears of $2,624.57 Amount as of August 21, 2026 . Copy of Payment history are attached as Exhibits "D".

6. As of filing of the Motion, Debtor owes a contract balance to Movant of $54,586.55.

7. The estimated replacement value a retail merchant would charge for the Collateral is $43,000.00. A copy of JD Power valuation is attached as Exhibit "C".

8. The Debtor's Chapter 13 Plan provides for post-petition payment directly to Movant, but are delinquent in the amount of $3,682.76.

9. As per Debtor's Chapter 13 Plan, the Debtor is surrendering the above mentioned

personal property to the Movant.

10. The Movant expressly determines that there is no reason for delay and expressly directs that this Order be entered as a Final Order against the Debtor and is therefore immediately effective to terminate the automatic stay and shall not be subject to Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Movant, **Financial Services Vehicle Trust** respectfully moves the Court to enter an Order against the Debtor and Trustee terminating the automatic stay imposed by 11 U.S.C. 362 as regards the referenced personal property, and allowing Movant to file a proof of claim to reflect the balance for any Deficiency upon the entry of this order and ordering the Debtor to make said collateral available for the Creditor's possession and allowing Movant to contact the Debtor for the sole purpose of making arrangements for the return of the collateral.

WHEREFORE, Movant also requests such other relief to which it may be entitled and any relief that the Court seems just and proper.

**William C. Poole, LLC**
**Attorney For**
**Financial Services Vehicle Trust**

**BY: /s/ Wesley H. Blacksher**
**WESLEY H. BLACKSHER BAR103026**
**For the Firm**
**917 Western America Circle**
**Suite 210**
**Mobile, AL 36609**
**(251) 344-5015**
**HWPoolelaw@gmail.com**

**CERTIFICATE OF SERVICE**

I, Wesley H. Blacksher, do hereby certify that I have this day caused to be served, via CM/ECF and/or United States Postal Service, a true and correct copy of the above and foregoing document to:

Thomas Carl Rollins, Jr
PO BOX 13767
Jackson MS 39236
trollins@therollinsfirm.com

ATTORNEY FOR DEBTOR

Warren A. Cuntz Jr.
P. O. Box 3749
Gulfport MS 39505
wcuntzcourt@gport13.com
TRUSTEE

United States Trustee
501 East Court Street,
Suite 6-430
Jackson MS 39201
USTPRegion05.JA.ECF@usdoj.gov
U.S. TRUSTEE

Kimberly Anne Taunton
14211 S Country Hills Dr
Gulfport MS 39503

DEBTOR

SO CERTIFIED this the 25 day of September 2026.

/s/ Wesley H. Blacksher
Wesley H. Blacksher