**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISIONAL OFFICE DIVISION**

IN RE:

KIMBERLY ANNE TAUNTON
AKA: KIMBERLY ANNE SHARLOW
AKA: KIMBERLY ANNE MORAN,

CASE NO. 26-51294-KMS

Debtor.

**ORDER TERMINATING THE AUTOMATIC STAY**

This matter having come on for consideration upon the Motion for Relief from Automatic Stay filed on behalf of Financial Services Vehicle Trust (hereinafter "Movant"), (Doc. No.# ), and Movant represented to the Court that it served the Motion in accordance with all applicable rules, and further that no timely response was filed and accordingly, said Motion is well taken and should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Movant, as to one (1) 2025 BMW 4 Series Coupe 2D 430i 2.0L I4 Turbo Hybrid, VIN WBA43DA09SCU15153.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property collateral of the Debtor, be, and the same hereby is, abandoned as property of the estate.

**###END OF ORDER###**

Order Submitted by:
Wesley H. Blacksher BAR103026
HWPoolelaw@gmail.com
For the Firm of William C. Poole, LLC

917 Western America Circle
Suite 210
Mobile, AL 36609
Telephone: (251) 344-5015