# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51294 **Case Name:** Kimberly Anne Taunton

**Set:** 10/29/2026 10:00 am **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)