# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51294 **Case Name:** Kimberly Anne Taunton

**Set:** 10/29/2026 10:00 am **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2025 BMW 4 Series Coupe 2D 430i 2.0L I4 Turbo Hybrid. . Filed by Creditor Financial Services Vehicle Trust (Attachments: # 1 Exhibit # 2 Proposed Order) (Dkt. #21)

---

Minute Entry Re: (related document(s): [21] Motion for Relief From Stay filed by Financial Services Vehicle Trust) A no response order has been submitted by Blacksher. Hearing removed. Tickle for date: 11/05/2026. (mcc)