United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51294-KMS
Kimberly Anne Taunton Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 3
Date Rcvd: Nov 10, 2026 Form ID: n032 Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Anne Taunton, 14211 S Country Hills Dr, Gulfport, MS 39503-2518 |
| 5707358 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5707361 | | Barbara Sharlow, Thomas Sharlow, 2 Baneberry Cv, Gulfport, MS 39503-2473 |
| 5716423 | + | Barbara and Thomas Sharlow, 2 Banebury Cv., Gulfport, MS 39503-2473 |
| 5707373 | + | Garden Park Hospital, 15200 Community Rd, Gulfport, MS 39503-3085 |
| 5720160 | + | Kimberly D. Putnam, Esq., for Freedom Mortgage Corporation, 1107 Highland Colony Pkwy, Suite 207, Ridgeland, MS 39157-6079 |
| 5707382 | | Singing River Health, 2101 US-90, Gautier, MS 39553 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2026 19:35:33 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2026 19:35:33 | Financial Services Vehicle Trust, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5707359 | ^ | MEBN | Nov 10 2026 19:19:17 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5707360 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 10 2026 19:22:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5710146 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2026 19:35:23 | Attn: BMW Financial Services NA, LLC Department, AIS Portfolio Services, LLC, Account: XXXXXX6943, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5707362 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 10 2026 19:35:33 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 5713201 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2026 19:35:28 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5707368 | | Email/Text: cfcbackoffice@contfinco.com | Nov 10 2026 19:22:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 5707363 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2026 19:35:27 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5707364 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2026 19:35:30 | Citibank, Po Box 790046, St Louis, MO 63179-0046 |
| 5732676 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2026 19:35:30 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5707365 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2026 19:23:00 | Comenity, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |

| | | | | |
|---|---|---|---|---|
| 5707366 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2026 19:23:00 | Comenity Bank, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5707367 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 10 2026 19:23:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5707369 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 10 2026 19:35:28 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5707370 | + | Email/Text: crdept@na.firstsource.com | Nov 10 2026 19:23:00 | First Source Advantage, 205 Bryant Woods, Buffalo, NY 14228-3609 |
| 5707371 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 10 2026 19:22:00 | Freedom Mortgage, Attn: Bankruptcy, 951 Yamato Rd Ste 175, Boca Raton, FL 33431-4444 |
| 5732821 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 10 2026 19:22:00 | Freedom Mortgage Corporation, c/o Bankruptcy Department, 11988 Exit 5 Pkwy Bldg 4, Fishers, IN 46037-8022 |
| 5707372 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 10 2026 19:35:33 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5707374 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 10 2026 19:23:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5707376 | + | Email/Text: ebone.woods@usdoj.gov | Nov 10 2026 19:23:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5707375 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2026 19:23:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5722227 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 10 2026 19:23:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5707377 | | Email/Text: customerservice.us@klarna.com | Nov 10 2026 19:22:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5733882 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2026 19:35:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5707378 | | Email/Text: ml-ebn@missionlane.com | Nov 10 2026 19:22:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 5707379 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 10 2026 19:23:00 | Navy Fcu, Po Box 3700, Merrifield, VA 22119-3700 |
| 5707381 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 10 2026 19:23:00 | Navy Fcu, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22116-3000 |
| 5707380 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 10 2026 19:23:00 | Navy Fcu, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5709501 | | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 10 2026 19:23:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5734813 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2026 19:35:33 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5734070 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2026 19:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5722763 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2026 19:23:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5712990 | ^ | MEBN | Nov 10 2026 19:19:28 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5707384 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2026 19:35:27 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965065, Orlando, FL 32896-5065 |
| 5707383 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2026 19:35:33 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 5707385 | + | Email/Text: nlorenz@bankofmissouri.com | Nov 10 2026 19:23:00 | Tbom, 906 N. Kingshighway, Perryville, MO 63775-1204 |
| 5707386 | | Email/Text: bknotice@upgrade.com | Nov 10 2026 19:22:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, San Francisco, CA 94111 |
| 5707387 | ^ | MEBN | Nov 10 2026 19:19:25 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kimberly D. Putnam | on behalf of Creditor Freedom Mortgage Corporation kimberlyp@hwmlawfirm.com msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kimberly Anne Taunton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |
| Wesley H. Blacksher | on behalf of Creditor Financial Services Vehicle Trust BlacksherW@aol.com debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net |

TOTAL: 5

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−51294−KMS
**Chapter:** 13

**In re:**

Kimberly Anne Taunton
fka Kimberly Anne Sharlow, fka Kimberly Anne Moran
14211 S Country Hills Dr
Gulfport, MS 39503

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 11/10/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: November 10, 2026

Danny L. Miller, Clerk of Court